**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 1 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**HEBER VALDEZ, a.k.a "Chewas,"**<br>**JUAN SALAZAR, a.k.a. "Juanito," and**<br>**JESUS PEÑA, a.k.a. Jesus Peña-**<br>**Navaratte,**<br><br>Defendants. | CRIMINAL NO. 14-1756 JB<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;<br><br>Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting.<br><br>Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 100 Grams and More of Heroin; 18 U.S.C. § 2: Aiding and Abetting;<br><br>Count 4: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute Heroin; 18 U.S.C. § 2: Aiding and Abetting;<br><br>Count 5: 8 U.S.C. 1326(a) and (b): Reentry of a Removed Alien. |

INDICTMENT

The Grand Jury charges:

COUNT 1

On or about January 30, 2014, in San Juan County, in the District of New Mexico, the defendant, **HEBER VALDEZ**, unlawfully, knowingly and intentionally possessed with intent to

distribute a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

## COUNT 2

On or about January 30, 2014, in San Juan County, in the District of New Mexico, the defendants, **JUAN SALAZAR** and **JESUS PENA**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## COUNT 3

On or about January 30, 2014, in San Juan County, in the District of New Mexico, the defendant, **HEBER VALDEZ**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 100 grams and more of a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

## COUNT 4

On or about January 30, 2014, in San Juan County, in the District of New Mexico, the defendants, **JUAN SALAZAR and JESUS PENA**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## COUNT 5

On or about January 30, 2014, the defendant, **JESUS PEÑA**, an alien, knowingly reentered, attempted to reenter, and was found in the United States, in San Juan County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about May 1, 2009, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
05/13/14  10:25AM

3